# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| OMNYST SILVERIO and JACQUELINE OSORIO,<br><br>                Plaintiffs<br><br>v.<br><br>JP MORGAN CHASE BANK, N.A., DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR LONG BEACH MORTGAGE LOAN TRUST 2006-9 AND WELLS FARGO BANK, N.A.,<br><br>                Defendants | C.A. No. 1:13-cv-00064-M-LDA |

## MOTION OF DEFENDANT JPMORGAN CHASE BANK, NATIONAL ASSOCIATION TO DISMISS

Now comes JPMorgan Chase Bank, National Association ("Defendant") and respectfully moves to dismiss the Complaint filed in this action, as to JPMorgan Chase Bank, National Association only.

The grounds for this motion are set forth in Defendant's memorandum of law, which is submitted herewith.

                                                JPMORGAN CHASE BANK, NATIONAL ASSOCIATION

                                                By Their Attorneys,

                                                PARTRIDGE SNOW & HAHN LLP

                                                /s/ David J. Pellegrino (#7326)
                                                David J. Pellegrino (#7326)
                                                Christopher M. Wildenhain (#8619)
                                                Charles A. Lovell (#4004)
                                                180 South Main Street
                                                Providence, RI 02903
                                                (401)861-8200-PHONE/(401) 861-8210-FAX
                                                djp@psh.com

DATED:  June 27, 2013

2

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 27, 2013.

/s/ David J. Pellegrino